# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

SEP 2 7 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America )<br>vs. )<br>Zino Noel Echols ) | Case No. 07-0112 LJO |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Zino Noel Echols_____, have discussed with _____Montgomery L. Olson_____, Pretrial Services Officer, modifications of my release conditions as follows:

That the condition of home incarceration be removed and replaced with a condition that the defendant participate in the curfew component of the home confinement program which will include electronic monitoring. You shall remain at your residence between the hours of 8:00 p.m. and 6:00 a.m., unless otherwise approved in advance by the Pretrial Services Officer.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ZINO ECHOLS_____   9-26-07        _____Montgomery L. Olson_____   9-26-07
Signature of Defendant       Date              Pretrial Services Officer       Date

I have reviewed the conditions and concur that this modification is appropriate.

_____[signature]_____                                9/27/07
Signature of Assistant United States Attorney       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____Salvatore Sciandra_____                        9-26-07
Signature of Defense Counsel                         Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on   9/27/07  .
☐ The above modification of conditions of release is *not* ordered.

_____[signature]_____                                9/27/07
Signature of Judicial Officer                         Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services