SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA  93721
Telephone:  559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, ZINO NOEL ECHOLS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER: 1:07–CR-00112-LJO |
| Plaintiff, | STIPULATION AND ORDER FOR A RESETTING OF SENTENCING HEARING |
| v. | |
| ZINO NOEL ECHOLS, | Date:     Friday, August 6, 2010 |
| | Time:    9:00 a.m. |
| Defendant. | Courtroom:  Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his attorney of record, that the time set for the Sentencing Hearing set for Friday, August 6, 2010 at 9:00 a.m. be moved to Friday, August 13, 2010 at 9:00 a.m. as Mr. Sciandra will be out of state on August 6th.

Respectfully submitted,

DATED: July 28, 2010     /s/   Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
ZINO ECHOLS

/ / /

/ / /

/ / /

/ / /

/ / /

1  / / /

2  / / /

3  DATED: July 28, 2010                    /s/  Kevin P. Rooney
                                           KEVIN P. ROONEY
4                                          Assistant United States Attorney

5

6                                    **ORDER**

7  GOOD CAUSE EXISTS DUE TO THE OUT-OF-STATE UNAVAILABILITY OF DEFENSE

8  COUNSEL.  ONE WEEK CONTINUANCE GRANTED.

9  IT IS SO ORDERED.

10 **Dated:   July 29, 2010**                 /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE