BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:07-CR-112   LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND PROPOSED ORDER |
| v. | (Note Date Change from Request) |
| ZINO NOEL ECHOLS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, Salvador Sciandra, Attorney for Defendant ZINO NOEL ECHOLS, that the Status Conference presently set for August 13, 2010, at 9:00 a.m., may be continued to August 20, 2010 at 9:00 a.m.

The continuance is necessary as plaintiff's counsel is unavailable on August 13, 2010.

////

////

////

////

////

Stipulation to Continue Status Conference                           1

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: August 11, 2010 | By:  /s/ Stanley A. Boone<br>STANLEY A. BOONE<br>Assistant U.S. Attorney |
| DATE: August 11, 2010 | By:  /s/ Salvador Sciandra<br>SALVADOR SCIANDRA<br>Attorney for Zino Noel Echols |

**ORDER**

It is hereby ordered that the SENTENCING currently set for August 13, 2010 at 9:00 a.m. may be continued to August 27, 2010 at 9:00 a.m. (The requested date of August 20th is not available due to the 9th Circuit Conference).  Good Cause exists for the continuance.

IT IS SO ORDERED.

Dated:   August 11, 2010         /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference                2